IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF NEW YORK

| | |
|---|---|
| EBON BONNETTE, *et al.*, individually and on behalf of all others similarly situated,<br><br>Plaintiffs,<br><br>v.<br><br>ROCHESTER GAS & ELECTRIC CO.,<br><br>Defendant. | CIVIL ACTION NO.: 6:07-cv-06635-MAT<br><br>**PLAINTIFFS' MOTION FOR PRELIMINARY APPROVAL OF THE SETTLEMENT AGREEMENT** |

**PLEASE TAKE NOTICE** that Plaintiffs Ebon Bonnette, Khalid Boston, Donna Cox, M. Diane Dixon, Odessa Dixon, Robert Ellis, Michael Foster, Jerel Griffin, Mark Hale, Jean Howard, Bertha Johnson, Ellen Johnson, Stephanie Johnson, Johnny Kegler, Mary Lalor-Timmons, Marcia Lane, Robert Lane, Gail Marshall-Johnson, Thomas Moore, Delray Morgan, Delores Prad, Toney Proctor, Willie Sanders, Lolita Smith, Brett Stevenson, Everlene Thompson, Ophelia Tisdale, Richard Walford, Wanda Webb, Patricia White, Robert Williams and Bonnie Wright (the "Plaintiffs"), on behalf of themselves and all others similarly situated, through their undersigned counsel, respectfully move this Court to preliminarily approve the Parties' Settlement Agreement, certify a monetary-relief settlement class pursuant to Federal Rule of Civil Procedure 23(b)(3); appoint Class Counsel and a Claims Administrator; approve and direct distribution to the class of the Notice of Class Action Settlement and a Claim Form; and approve a schedule for the final approval process. The support for this Motion is set forth in Plaintiffs' accompanying Memorandum of Law, and accompanying proposed Order. Defendant Rochester Gas & Electric Co. ("RGE") has reviewed and does not oppose this Motion.

**PLEASE TAKE FURTHER NOTICE** that this Motion shall be returnable before the Honorable Michael A. Telesca, United States Judge, United States Courthouse, 100 State Street, Rochester, New York 14614, at a date and time to be set by the Court.

**PLEASE TAKE FURTHER NOTICE** that a hearing and oral argument is requested only if the Court deems it necessary.

Dated: January 24, 2008					GARWIN GERSTEIN & FISHER, LLP

							By:	/s/
								BRUCE E. GERSTEIN, ESQ.
								JAN BARTELLI, ESQ.
								GARWIN GERSTEIN & FISHER, L.L.P.
								1501 Broadway, Suite 1416
								New York, New York 10036
								Tel.:	212-398-0055
								Email: bgerstein@garwingerstein.com

								SHANON J. CARSON, ESQ.
								BERGER & MONTAGUE, P.C.
								1622 Locust Street
								Philadelphia, PA 19103
								Tel:	(215) 875-3000
								Email: scarson@bm.net

								CLAYBORNE E. CHAVERS, ESQ.
								THE CHAVERS LAW FIRM, P.C.
								1250 Connecticut Avenue, NW
								Suite 200
								Washington, DC 20036
								Tel:	(202) 835-1800
								Email: chavlaw@comcast.net

								Attorneys for Plaintiffs

**CERTIFICATE OF SERVICE**

      I hereby certify that on January 24, 2008, I electronically filed the foregoing Plaintiffs' Motion For Preliminary Approval Of The Settlement Agreement, and supporting papers, using the CM/ECF system, which sent notification of such filing to the following:

      Michael S. Burkhardt, Esq.
Morgan Lewis
1701 Market Street
Philadelphia, PA  19103
mburkhardt@morganlewis.com

      /s/
Jan Bartelli