IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF NEW YORK

| | |
|---|---|
| EBON BONNETTE, *et al.*, individually and on behalf of all others similarly situated,<br><br>Plaintiffs,<br><br>v.<br><br>ROCHESTER GAS & ELECTRIC CO.,<br><br>Defendant. | CIVIL ACTION NO.: 6:07-cv-06635-MAT<br><br>**PLAINTIFFS' MOTION FOR FINAL APPROVAL OF THE SETTLEMENT AGREEMENT** |

**PLEASE TAKE NOTICE** that Plaintiffs Ebon Bonnette, Khalid Boston, Donna Cox, M. Diane Dixon, Odessa Dixon, Robert Ellis, Michael Foster, Jerel Griffin, Mark Hale, Jean Howard, Bertha Johnson, Ellen Johnson, Stephanie Johnson, Johnny Kegler, Mary Lalor-Timmons, Marcia Lane, Robert Lane, Gail Marshall-Johnson, Thomas Moore, Delray Morgan, Delores Prad, Toney Proctor, Willie Sanders, Lolita Smith, Brett Stevenson, Everlene Thompson, Ophelia Tisdale, Richard Walford, Wanda Webb, Patricia White, Robert Williams and Bonnie Wright (the "Plaintiffs"), on behalf of themselves and all others similarly situated, through their undersigned counsel, respectfully move this Court to give final approval of the Parties' Settlement Agreement. The support for this Motion is set forth in Plaintiffs' accompanying Memorandum of Law and accompanying Exhibits. Defendant Rochester Gas & Electric Co. ("RGE") has reviewed and does not oppose this Motion.

**PLEASE TAKE FURTHER NOTICE** that this Motion shall be returnable before the Honorable Michael A. Telesca, United States Judge, United States Courthouse, 100 State Street, Rochester, New York 14614, at a date and time to be set by the Court.

**PLEASE TAKE FURTHER NOTICE** that pursuant to its Order dated February 11, 2008, a Final Fairness Hearing is scheduled for May 7, 2008 at 10:00 a.m.

Dated: April 11, 2008                    BERGER & MONTAGUE, P.C.

                        By:    /s/
                               SHANON J. CARSON, ESQ.
                               BERGER & MONTAGUE, P.C.
                               1622 Locust Street
                               Philadelphia, PA 19103
                               Tel:    (215) 875-3000
                               Email: scarson@bm.net

                               BRUCE E. GERSTEIN, ESQ.
                               JAN BARTELLI, ESQ.
                               GARWIN GERSTEIN & FISHER L.L.P.
                               1501 Broadway, Suite 1416
                               New York, New York 10036
                               Tel.:   212-398-0055
                               Email: bgerstein@garwingerstein.com

                               CLAYBORNE E. CHAVERS, ESQ.
                               THE CHAVERS LAW FIRM, P.C.
                               1250 Connecticut Avenue, NW
                               Suite 200
                               Washington, DC 20036
                               Tel:    (202) 835-1800
                               Email: chavlaw@comcast.net

                               Attorneys for Plaintiffs

## CERTIFICATE OF SERVICE

I hereby certify that on April 11, 2008, I electronically filed the foregoing Plaintiffs' Motion For Final Approval Of The Settlement Agreement, and supporting papers, using the CM/ECF system, which sent notification of such filing to the following:

>Michael S. Burkhardt, Esq.
>Morgan Lewis
>1701 Market Street
>Philadelphia, PA  19103
>mburkhardt@morganlewis.com

>/s/
>Shanon J. Carson